## STEVENS *vs.* STATE.

ASSAULT AND BATTERY, FROM LIBERTY. Criminal Law. Jury and Jurors. Husband and Wife. Witness. (Before Judge Adams.)

[Jackson, C. J., not presiding, on account of indisposition.]

Blandford, J.—1. Where an indictment was headed "Georgia, Liberty County," this was sufficient to show for what county the grand jurors were drawn and served, and of what county they were.

2. On the trial of the defendant for whipping his wife, she is a competent witness against him. Code, §§3854, sub-sec. 4573.

Judgment affirmed.

Walter A. Way, by brief, for plaintiff in error.

F. G. DuBignon, solicitor general, for the State.